DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEANDRO GONZALEZ RAMIREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3795

[June 14, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 56-2015-CF-003222-A.

Leandro Gonzalez Ramirez, Bristol, pro se.

Pamela Jo Bondi, Attorney General, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellant.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*